

FILED
4-24-15
APR 2 4 2015
4-24-15
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT



SRE

SECRETARÍA DE
RELACIONES EXTERIORES

Consultoría Jurídica
Dirección General de Asuntos Jurídicos
Dirección de Asistencia Jurídica Internacional "B"

*"2015, año del Generalísimo José María Morelos y Pavón"*

| INFORMACIÓN RESERVADA Y CONFIDENCIAL. | |
|---|---|
| Fecha de Clasificación: | 25 de marzo de 2015. |
| Unidad Responsable: | Dirección General de Asuntos Jurídicos. |
| Periodo de Reserva: | 6 años. |
| Fundamento Legal. | Artículos 13, fracción V; 14, fracción IV de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental. |
| Partes Clasificadas | TODO Y ANEXOS. |

Oficio Número ASJ- **10208**
Expediente: ASJ/541/1/3548/2014.
**México, D.F., a 25 de marzo de 2015.**

Acción Civil No. 1:13-cv-02302

DONALD SÁNCHEZ
VS
CLEARVIEW ELECTRIC, INC., d/b/a
CLEARVIEW ENERGY y SERVICIOS
DE CALL CENTER, S.A. DE C.V.

**Honorable Rebecca R. Pallmeyer.**
United States District Court
Northern District of Illinois, Eastern Division.
219 South Dearborn Street, Chicago, Illinois,
Z.C. 60604, United Stated of America.

Se acusa de recibo la carta rogatoria deducida de la Acción Civil No. **1:13-cv-02302,** relativo a la demanda colectiva promovida por **DONALD SÁNCHEZ,** en contra de **CLEARVIEW ELECTRIC, INC., d/b/a CLEARVIEW ENERGY** y **SERVICIOS DE CALL CENTER, S.A. DE C.V. a/k/a MDY, INC.**

Asimismo, le informo que la carta rogatoria se remitió al Tribunal Superior de Justicia del Estado de Nuevo León, para su diligenciación.

Lo anterior lo comunico a usted con fundamento en los artículos 28 fracción XI de la Ley Orgánica de la Administración Pública Federal, 14 fracción VI y 33 fracción IX del Reglamento Interior de la Secretaría de Relaciones Exteriores, en relación con el *"Acuerdo por el que se delegan facultades en los Servidores Públicos de la Secretaría de Relaciones Exteriores que se indican",* todos los ordenamientos en vigor.

**A t e n t a m e n t e,**
La Directora de Permisos Artículo 27 Constitucional con
Fundamento en el Artículo 55 del Reglamento Interior de la
Secretaría de Relaciones Exteriores,

**María de Lourdes Ochoa Neira.**

NRAA / ACP **

*Se solicita documentación a la autoridad exhortante.*

Avenida Juárez núm. 20, Col. Centro, Del. Cuauhtémoc, C.P. 06010, México, D.F.,
Tels.: (55) 3686 - 5100 http://www.sre.gob.mx