# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Donald Sanchez, *on behalf of himself and all others similarly situated*, | : <br> : <br> : |
| Plaintiff, | : Civil Action No.: 1:13-cv-02302 <br> : |
| v. | : <br> : |
| Clearview Electric, Inc. <br> d/b/a Clearview Energy, | : <br> : <br> : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Parties anticipate filing dismissal documents within 30 days. The Parties respectfully request that the Court adjourn the status conference scheduled for April 20, 2016.

Dated: April 14, 2016

                                                           Respectfully submitted,

                                                           PLAINTIFF, Donald Sanchez

                                                           By: /s/ Sergei Lemberg
                                                               Sergei Lemberg
                                                               LEMBERG LAW, L.L.C.
                                                               43 Danbury Road, 3rd Floor
                                                               Wilton, CT 06897
                                                               Telephone: (203) 653-2250
                                                               Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 14, 2016, a true and correct copy of the foregoing was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Ryan M. Henderson
Neil E. Holmen
Ryan J. Rodman
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606

               By /s/ Sergei Lemberg
                 Sergei Lemberg