**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| Donald Sanchez, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Clearview Electric, Inc. d/b/a Clearview Energy,<br><br>　　　　　　　　　　Defendant. | Civil Action No.: 1:13-cv-02302 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Donald Sanchez and Defendant Clearview Electric, Inc. d/b/a Clearview Energy, hereby stipulate to dismiss this action in its entirety with prejudice and without costs to either party.

Dated: April 19, 2016　　　　　　　　　　Respectfully submitted,

*For Plaintiff*
Donald Sanchez

*/s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250

*For Defendant*
Clearview Electric, Inc. d/b/a
Clearview Energy

*/s/ Ryan M. Henderson*
Ryan M. Henderson, Esq.
Walker Wilcox Matousek LLP
One North Franklin Street,
Suite 3200
Chicago, IL 60606
Telephone: (312)244-6703

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 19, 2016, a true and correct copy of the foregoing was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

James W. Kienzle
Ryan M. Henderson
Neil E. Holmen
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606
*Attorneys for Defendant*

                                      By */s/ Sergei Lemberg*
                                          Sergei Lemberg, Esq.